UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP DLS, LLC, <br> Plaintiff, <br> -against- <br> JERSEY OLD BRIDGE, LLC, <br> Defendant. | : **STIPULATION FOR EXTENSION OF** <br> : **TIME TO ANSWER, MOVE, OR** <br> : **OTHERWISE REPLY** <br> : **LOCAL RULE 6.1** <br> : <br> : Case No. 3:23-cv-00270-GC-RLS |

THE HONORABLE RUKHASANAH SINGH, U.S.M.J.:

Pursuant to Local Rule 6.1(b), the parties hereby stipulate for the issuance of an Order extending the time by another thirty (30) days that Defendant Jersey Old Bridge, LLC may answer, move, or otherwise reply to the Complaint filed by Plaintiff Spinoso Real Estate Group DLS, LLC herein, and it is represented that:

1. The executed waiver of service was sent on January 18, 2023;

2. On March 20, 2023, the parties stipulated to an initial fourteen (14) day extension by which Defendant may answer, move or otherwise reply to the Complaint.

3. On March 20, 2023, the Court entered an Order, extending the Time to Answer, Move or otherwise Reply to April 3, 2023. [Docket No. 8].

4. The parties are in the process of settlement negotiations, and hereby jointly request that the Court extend the Time for Defendant to Answer, Move or otherwise Reply by an additional thirty (30) days – until May 3, 2023 – so that the parties can attempt to finalize and memorialize a settlement agreement.

/s/ Elliot A. Hallak
Elliot A. Hallak, Esquire
HARRIS BEACH PLLC
677 Broadway, Suite 1101
Albany, NY 12207
*Attorneys for Plaintiff*

/s/ David R. Struwe
Peter A. Lesser, Esquire
David R. Struwe, Esquire
SIRLIN LESSER & BENSON, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
*Attorneys for Defendant*

## ORDER

The above Stipulation is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to May 3, 2023.

ORDER DATED: April 4, 2023.

By: _____
RUKHSANAH L. SINGH, U.S.M.J.