UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPINOSO REAL ESTATE GROUP DLS, LLC,<br><br>                                               Plaintiff,<br><br>-against-<br><br>JERSEY OLD BRIDGE, LLC,<br><br>                                               Defendant. | Case No. 3:23-cv-00270-GC-RLS |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for Plaintiff, Spinoso Real Estate Group DLS, LLC, and Defendant, Jersey Old Bridge, LLC, that the above-entitled action be, and the same hereby is voluntarily dismissed, with prejudice, as to all claims, defenses, or counterclaims asserted, or which could have been asserted, between Plaintiff and Defendant, in this action, with the parties to bear their own attorneys' fees and costs.

Dated: April 25, 2023          BY: _____
                                    Elliot A. Hallak, Esq.
                                    HARRIS BEACH PLLC
                                    677 Broadway, Suite 1101
                                    Albany, NY 12207
                                    Tel: 518.701.2748
                                    Fax: 518.427.0235
                                    E-mail: ehallak@harrisbeach.com

                                    *Attorneys for Plaintiff,*
                                    *Spinoso Real Estate Group DLS, LLC*


Dated: April 25, 2023          By: _____
                                    Peter A. Lesser, Esq.
                                    David R. Struwe, Esq.
                                    SIRLIN LESSER & BENSON, P.C.
                                    123 South Broad Street, Suite 2100
                                    Philadelphia, Pennsylvania 19109
                                    Tel: 215.864.9700
                                    Fax: 215.864.9669
                                    E-mail: plesser@sirlinlaw.com
                                    E-mail: dhamill@sirlinlaw.com

                                    *Attorneys for Defendant,*
                                    *Jersey Old Bridge, LLC*